IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR414 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE LOPEZ-LARA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 24). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. His objections to the presentence investigation report shall be filed as restricted pending further order of the Court.

DATED this 12th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court